# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-55874
Case Name: PANOVICH, DAWN M.
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Robert S. Thomas II | $ 212.53 | $ 33.84 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*



FILED
2010 OCT 26 PM 12:01
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

**UST Form 101-7-TFR (9/1/2009)**

09-55874-mss   Doc 26   FILED 09/02/10   ENTERED 09/02/10 15:00:31   Page 8 of 10

09-55874-mss   Doc 30   FILED 10/26/10   ENTERED 10/26/10 14:00:43   Page 1 of 2

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,290.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $ 820.10 | $ 7.70 |
| 3 | TARGET NATIONAL BANK | $ 1,364.04 | $ 12.81 |
| 4 | Robinson Memorial Hospital | $ 225.06 | $ 2.11 |
| 5 | Robinson Health Affiliates | $ 196.54 | $ 1.85 |
| 6 | Recovery Management Systems Corporation | $ 3,074.11 | $ 28.87 |
| 7 | US Bank N.A. | $ 58,493.42 | $ 549.32 |
| 8 | Ohio Edison | $ 117.57 | $ 1.10 |

*[Handwritten annotations: rows 4, 5, and 8 crossed out; totals "5.06", "CK #107", "receipt #81873"]*

**UST Form 101-7-TFR (9/1/2009)**